UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | No. CIV. S-10-1411 FCD DAD |
| Plaintiff, | |
| v. | |
| LOGAN PARK APARTMENTS, LP. | **RELATED CASE ORDER** |
| Defendant. _____/ | |
| SCOTT N. JOHNSON, | No. CIV. S-11-0676 FCD JFM |
| Plaintiff, | |
| v. | |
| WASATCH POOL HOLDINGS, LLC. | |
| Defendant, _____/ | |
| SCOTT N. JOHNSON, | No. CIV. S-11-0840 KJM JFM |
| Plaintiff, | |
| v. | |
| BELLWOOD JERRON APARTMENTS, LP., | |
| Defendant. _____/ | |

///

1     Examination of the above-entitled actions reveals that they are related within the meaning
2 of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same parties, are based on the
3 same or similar claims, the same property transaction or event, similar questions of fact and the
4 same questions of law, and would therefore entail a substantial duplication of labor if heard by
5 different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect
6 a substantial savings of judicial effort and is also likely to be convenient for the parties.

7     The parties should be aware that relating the cases under Local Rule 123 merely has the
8 result that these actions are assigned to the same judge; no consolidation of the actions is
9 effected.  Under the regular practice of this court, related cases are generally assigned to the
10 judge and magistrate judge to whom the first filed action was assigned.

11     IT IS THEREFORE ORDERED that the action denominated CIV. S-11-0676 FCD JFM,
12 is hereby reassigned to Magistrate Judge Dale A. Drozd for further proceedings.  Having already
13 been randomly assigned to District Judge Frank C. Damrell, it does not require reassignment of
14 the District Judge.  The action denominated CIV. S-11-0840 KJM JFM is reassigned to District
15 Judge Frank C. Damrell, Jr., and Magistrate Judge Dale A. Drozd for all further proceedings.
16 Any dates currently set in these reassigned cases only are hereby VACATED.  Henceforth, the
17 caption on documents filed in the reassigned cases shall be shown as: **CIV. S-11-0676 FCD**
18 **DAD, and CIV. S-11-0840 FCD DAD**.

19     IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
20 assignment of civil cases to compensate for this reassignment.

21     IT IS FURTHER ORDER that the Clerk of Court issue an Order Requiring a Joint Status
22 Report for the undersigned in case **CIV. S-11-0840 FCD DAD**.

23     IT IS SO ORDERED.

24 DATED: June 22, 2011

26     FRANK C. DAMRELL, JR.
      UNITED STATES DISTRICT JUDGE