SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>         Plaintiff,<br><br>     vs.<br><br>LOGAN PARK APARTMENTS, LP,<br><br>         Defendants, | Case No. **2:10-cv-01411-FCD-DAD**<br><br>**ORDER RE: STIPULATED DISMISSAL** |

   IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Dated: August 5, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

ORDER RE REQUEST FOR DISMISSAL

S-10-cv-01411-FCD-DAD - 1